In the Matter of the Judicial Settlement of the Account of Proceedings of JAMES BRUSH (Designated as JAMES BRUSH, JR.), Executor, etc., of JAMES BRUSH, Deceased. WILLIAM BRUSH, Appellant; JAMES BRUSH, Individually and as Executor, etc., Respondent.— Decree of the Surrogate's Court of Kings county affirmed, with costs to be paid by the appellant. No opinion. Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ., concurred.

In the Matter of the Voluntary Judicial Settlement of the Account of Proceedings of CHARLES H. ENOS, as Administrator of J. ROLAND ENOS, Deceased, Appellant. CHARLES H. ENOS, JR., as Executor, etc., of JULIETTE C. HENDERSON, Deceased, Appellant; MARION L. ENOS, Respondent.— Decree of the Surrogate's Court of Queens county affirmed, with costs of this appeal, payable out of the estate, to each party appearing on the appeal. No opinion. Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ., concurred.

In the Matter of Supplementary Proceedings of LEONARD MORELAND, Respondent, v. WILLIAM R. PETZE, Appellant. DETTE F. PETZE and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam and Kelly, JJ., concurred; Blackmar, J., dissented.

MARION JESSER, Respondent, v. BERNARD KLEINSCHMIDT, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Jaycox, JJ.

JOSEPH KLEINMEYER, Appellant, v. FREDERICK W. SENFF, Respondent.— Order of the County Court of Orange county affirmed, with costs. No opinion. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concurred.

LEONORA KNOBLOCK, Respondent, v. EDWARD F. STRINGER and Another, Appellants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

WILLIAM H. LANSING, Respondent, v. THE ERIE RAILROAD COMPANY, Appellant.— Interlocutory judgment affirmed, with costs. It is not alleged in the complaint that the oral agreement upon which the action is based was reduced to writing. The oral agreement is definitely pleaded. Under that agreement plaintiff was to perform one act, i. e., to execute and deliver a general release. In return defendant was to pay him an agreed sum of money, to furnish him with an artificial limb, and to reinstate him in his former position. He alleges that he executed and delivered the release, and that defendant paid him the money but refused to perform its other obligations. The unnecessary allegations in the 3d paragraph of the complaint, that plaintiff believed that all of defendant's obligations were set forth in the release, and that he signed it without reading it, are immaterial. No one else believed it. The defendant was not misled. We think the learned trial justice properly disposed of the demurrer. Thomas, Mills, Kelly and Jaycox, JJ., concurred; Jenks, P. J., not voting.